Argued and submitted June 10, affirmed November 17, 2010

# E. J. LEASON,
## aka John Leason,
*Plaintiff-Appellant,*
*and*

## Gertrude C. LEASON,
*Plaintiff,*

*v.*

## STATE OF OREGON,
acting by and through the
Department of Land Conservation and Development,
*Defendant-Respondent.*

Deschutes County Circuit Court
05CV0513ST; A139477

243 P3d 136

Edward P. Fitch argued the cause for appellant. With him on the briefs was Bryant, Emerson & Fitch, LLP.

Stephanie L. Striffler, Senior Assistant Attorney General, argued the cause for respondent. With her on the briefs were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM

Affirmed. *Powell v. DLCD*, 238 Or App 678, 243 P3d 798 (2010).